# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

**VS.**                                          **NO. 4:11CV00292**

**AMY J. WILSON**

## ORDER

The government's motion to dismiss the complaint filed against the Defendant is granted (#2). The complaint filed on April 4, 2011 is dismissed without prejudice.

IT IS SO ORDERED this  7   day of July, 2011.

_____
James M. Moody
United States District Judge